UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER OLASCOAGA, INDIVIDUALLY AND
ON BEHALF OF ALL OTHER PERSONS
SIMILARLY SITUATED,

        PLAINTIFF,

V.

TEN SEVENTY ONE HOME CORPORATION,
JOSH NEUSTEIN, ARTHUR GONCHER AND
JOHN DOES #1-10 D/B/A HOME CORPORATION,

        DEFENDANT.

08-CV-3806

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE

It is hereby stipulated and agreed by and between plaintiff and defendants Ten Seventy One Home Corporation and Josh Neustein ("defendants") that the defendants' time to Answer, or otherwise move, with respect to the Complaint is extended through and including June 9, 2008. It is further stipulated and agreed that for purposes of the claims raised in the Complaint under the Fair Labor Standards Act, the statute of limitations is tolled for the period commencing May 19, 2008 through and including June 9, 2008. Further, defendants Ten Seventy One Home Corp. and Josh Neustein waive any objections to service of process and Neustein acknowledges service of process.

Dated: 5/16/08

Jeffrey M. Gottlieb, Esq.
Attorney for Plaintiffs
150 East 18th Street-Suite PHR
New York, New York 10003
(212) 228-9795

Dated:

Lewis Goldberg, Esq.
Goldberg and Weinberger LLP
Attorneys for Defendant

56 Dayton Road
Redding, CT 06896
(203) 938-2105