UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER OLASCOAGA, Individually, and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>TEN SEVENTY ONE HOME CORPORATION, JOSH NEUSTEIN, ARTHUR GONCHER and JOHN DOES #1-10 d/b/a HOME CORPORATION,<br><br>　　　　　　　Defendants. | 08-CV-3806<br><br>**NOTICE OF APPEARANCE** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

**PLEASE TAKE NOTICE** that Andrew P. Marks, Esq. and Elena Paraskevas-Thadani, Esq., of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York 10022, shall appear as counsel for Defendants Ten Seventy One Home Corporation, Josh Neustein, Arthur Goncher And John Does #1-10 d/b/a Home Corporation in the above-captioned matter.

Dated: June 4, 2008
　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Elena Paraskevas-Thadani (EP-7758)
　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　　　　New York, NY  10022.4834
　　　　　　　　　　　　　　　　　　　212.583.9600

　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　Ten Seventy One Home Corporation, Josh
　　　　　　　　　　　　　　　　　　　　Neustein, Arthur Goncher And John Does #1-
　　　　　　　　　　　　　　　　　　　　10 d/b/a Home Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

>Jeffrey M. Gottlieb (JG-7905)
>The Law Office Of Jeffrey M. Gottlieb
>150 East 18th Street, Suite PHR
>New York, NY 10003
>212.228.9795

Dated: June 4, 2008
      New York, New York

*Elena Paraskevas-Thadani*
Elena Paraskevas-Thadani