UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER OLASCOAGA, Individually, and on Behalf
of All Other Persons Similarly Situated,

Plaintiffs,

-against-

TEN SEVENTY ONE HOME CORPORATION,
JOSH NEUSTEIN, ARTHUR GONCHER and
JOHN DOES #1-10 d/b/a HOME CORPORATION,

Defendants.

08-CV-3806 (BSJ)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED and agreed, by and between the undersigned
attorneys for the parties, that Plaintiff's Complaint and any and all claims that were or could
have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with
each party to bear its own costs, expenses, disbursements and attorneys' fees.

Date:  July 9, 2008
       New York, New York

Elena Paraskevas-Thadani (EP-7758)
LITTLER MENDELSON
   A Professional Corporation
885 Third Avenue
16th Floor
New York, NY 10022.4834
212.583.9600

Attorneys for Defendants

Jeffrey M. Gottlieb (JG-7905)
THE LAW OFFICE OF JEFFREY M.
   GOTTLIEB
150 East 18th Street, Suite PHR
New York, NY 10003
212.228.9795

Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

U.S.D.J.
7/14/08